GUSTAV H. KNAUTH, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Motion for stay granted on condition that appellant perfect the appeal for the November term (for which term the case is set down), and be ready for argument

when reached; otherwise, motion denied, with ten dollars costs.   Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.